United States District Court
Southern District of Texas
FILED
JUN 03 2019
David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-2 |
| | § | |
| JOHN F. CUELLAR | § | |

## ORDER

Now before the Court is John F. Cuellar's "Unopposed Motion For Permission to Travel" [*Dkt. No. 70*]. Defendant provides information about why he wishes to travel but not as to when he wishes to travel. Without more detailed information, the motion is **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 3rd day of June, 2019.

Micaela Alvarez
United States District Judge