United States District Court
Southern District of Texas
**ENTERED**
July 08, 2019
David J. Bradley, Clerk

United States District Court
Southern District of Texas
FILED
JUL 08 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-2 |
| | § | |
| JOHN F. CUELLAR | § | |

### ORDER

On this date came on to be considered John F. Cuellar's "Unopposed Motion for Permission to Travel" [*Dkt. No. 80*]. The Court hereby **GRANTS** the motion. Accordingly, John F. Cuellar may travel to San Antonio and Austin, Texas, located in the Western District of Texas on *Thursday, July 11, 2019 and return no later than Sunday, July 14, 2019*. The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this _____ day of July, 2019.

Micaela Alvarez
United States District Judge