United States District Court
Southern District of Texas
FILED

AUG 02 2019

David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
August 02, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 7:19-CR-0522-2 |
| § | |
| JOHN F. CUELLAR § | |

### AGREED ORDER IMPOSING MONEY JUDGMENT

Defendant John F. Cuellar has pleaded guilty to Count One of the Superseding Indictment, which charges a violation of Conspiracy to Commit Honest Services Wire Fraud in violation of Title 18, United States Code, Section 1349. The United States provided notice to the Defendant in the Superseding Indictment that the United States would seek to forfeit all property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as the result of the offense charged in the Superseding Indictment. The United States also provided notice that it would seek a money judgment equal to the total value of the property subject to forfeiture. The Defendant agrees that he received at least $405,000.00 in proceeds from the offense to which he is pleading guilty.

The Court finds that the record, including the plea agreement, supports the imposition of a personal money judgment for $405,000.00 in favor of the United States and against the Defendant. The Defendant consents, in accordance with FED.R.CRIM.P. 32.2(b)(4)(A), to the order of forfeiture becoming final as to the Defendant immediately following the guilty plea.

Having considered the notice of plea agreement, the record, and the applicable law, the Court grants the motion of the United States and ORDERS:

1. That Defendant forfeits $405,000.00 to the United States. A personal money judgment for $405,000.00 is hereby awarded in favor of the United States and against the

Defendant.

2. That pursuant to FED.R.CRIM.P. 32.2(e), the United States may move to amend this Order at any time to substitute property to satisfy the money judgment in whole or in part.

This Order shall be made part of the Defendant's sentence and included in the judgment against him.

THIS IS A FINAL ORDER IMPOSING MONEY JUDGMENT.

SO ORDERED this 2nd day of August, 2019 at McAllen, Texas.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE