**✱ DAILY ORDER ✱**

| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME RAMON GARCIA (DALILA) | 2. PHONE NUMBER (956) 383-7441 | 3. DATE 8-2-19 |
|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY | 6. STATE  7. ZIP CODE |
| 8. CASE NUMBER 7:19CR522-02 | 9. JUDGE MICAELA ALVAREZ | DATES OF PROCEEDINGS |
|  |  | 10. FROM  11. TO |
| 12. CASE NAME JOHN F. CUELLAR |  | LOCATION OF PROCEEDINGS |
|  |  | 13. CITY  14. STATE |

15. ORDER FOR
- [ ] APPEAL         [ ] CRIMINAL         [ ] CRIMINAL JUSTICE ACT         [ ] BANKRUPTCY
- [ ] NON-APPEAL     [ ] CIVIL            [ ] IN FORMA PAUPERIS           [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE |  | [ ] TESTIMONY (Specify Witness) |  |
| [ ] OPENING STATEMENT (Plaintiff) |  |  |  |
| [ ] OPENING STATEMENT (Defendant) |  |  |  |
| [ ] CLOSING ARGUMENT (Plaintiff) |  | [ ] PRE-TRIAL PROCEEDING (Spcy) |  |
| [ ] CLOSING ARGUMENT (Defendant) |  |  |  |
| [ ] OPINION OF COURT |  |  |  |
| [ ] JURY INSTRUCTIONS |  | [ ] OTHER (Specify) FINAL PRETRIAL/RE-ARRAIGNMENT |  |
| [ ] SENTENCING |  |  |  |
| [ ] BAIL HEARING |  |  |  |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES |  |  |
| 14-Day | [ ] | [ ] | NO. OF COPIES |  |  |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES |  |  |
| 3-Day | [ ] | [ ] | NO. OF COPIES |  |  |
| (DAILY) | [✓] | [ ] | NO. OF COPIES |  |  |
| HOURLY | [ ] | [ ] | NO. OF COPIES |  |  |
| REALTIME | [ ] | [ ] |  |  |  |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL  0.00

| 18. SIGNATURE |  | PROCESSED BY **RICK RODRIGUEZ** |
|---|---|---|
| 19. DATE |  | PHONE NUMBER (956) 618-8498 |

TRANSCRIPT TO BE PREPARED BY  J.T.T

COURT ADDRESS
1701 W. Bus. Hwy 83, Suite 1011
Mcallen, TX 78501

|  | DATE | BY |  |  |
|---|---|---|---|---|
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY