United States District Court
Southern District of Texas
**ENTERED**
September 23, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:19-CR-00522-2 |
| JOHN F. CUELLAR | § § | |

### ORDER

On this date came on to be considered Juan F. Cuellar's "Unopposed Motion for Leave to File Late Objections to Presentence Investigation Report" [*Dkt. No. 96*]. The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED.** The Court hereby extends the deadline to file Objections to the Presentence Investigation Report to *no later than September 30, 2019.*

IT IS SO ORDERED.

DONE at McAllen, Texas, this 23rd day of September, 2019.

Micaela Alvarez
United States District Judge