United States District Court
Southern District of Texas
FILED
OCT 07 2019
David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-2 |
| | § § | |
| JOHN F. CUELLAR | § | |

## ORDER

On this date came on to be considered John F. Cuellar's "Unopposed Motion for Continuance of Sentencing Hearing" [*Dkt. No. 110*]. The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED**. Sentencing is hereby reset to **January 15, 2020 at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this ___ day of October, 2019.

Micaela Alvarez
United States District Judge