United States District Court
Southern District of Texas
**ENTERED**
October 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. 7:19-CR-00522-2 |
| JOHN F. CUELLAR | § | |

### ORDER

On this date came on to be considered John F. Cuellar's "Unopposed Motion for Permission to Travel" [*Dkt. No. 113*]. The Court hereby **GRANTS** the motion. Accordingly, John F Cuellar may travel to San Antonio, Texas, on *Wednesday, October 16, 2019 and return no later than Sunday, October 20, 2019*. The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this ____ day of October, 2019.

Micaela Alvarez
United States District Judge

1/1