United States District Court
Southern District of Texas
FILED
MAR 23 2020
David J. Bradley, Clerk

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:19-CR-00522-2 |
| § | |
| JOHN F. CUELLAR § | |

## ORDER

On March 19, 2020, the Court issued an order cancelling the sentencing hearing in this cause to be reset at a later date. On the same date, Defendant filed an "Unopposed Motion for Continuance of Sentencing Hearing" [*Dkt. No. 171*]. Having duly considered said motion, the Court **GRANTS** and resets the Sentencing hearing to **July 22, 2020 at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 23rd day of March, 2020.

Micaela Alvarez
United States District Judge

1 / 1