United States District Court
Southern District of Texas
**ENTERED**
July 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-522-2 |
| | § | |
| JOHN F. CUELLAR | § | |

## ORDER

The Court considers Defendant's July 22, 2020 sentencing hearing. In light of the current guidelines from the Center for Disease Control and public health authorities, as well as Hidalgo County's Supplemental Emergency Order Related to the COVID-19 Public Health Emergency to reduce or avoid the exposure of the COVID-19 virus, the Court hereby **CANCELS** said hearing. A sentencing hearing date will be provided at a later date.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of July, 2020.

_____
Micaela Alvarez
United States District Judge