United States District Court
Southern District of Texas
**ENTERED**
July 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-00522-2 |
| | § | |
| JOHN F. CUELLAR | § | |

## ORDER

Came on to be considered John F. Cuellar's "Unopposed Motion for Permission to Travel."[1] The Court, after duly considering said motion, finds that the motion should be and is hereby **GRANTED**. Accordingly, John F. Cuellar may travel to San Antonio, Texas and Austin, Texas on July 13, 2021 and return to the Southern District of Texas no later than July 16, 2021. Defendant must report to his pretrial services officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of July, 2021.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 286.