UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-cr-00522-02 |
| | § | |
| JOHN F. CUELLAR, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Came on to be considered John F. Cuellar's "Unopposed Motion for Permission to Travel."[1] The Court, after duly considering said motion, hereby **GRANTS** the motion to travel. Accordingly, John F. Cuellar may travel to San Antonio and Houston, Texas from May 11, 2022, and return no later than May 14, 2022. The Defendant must report to his pretrial officer prior to leaving and when he returns. All other conditions remain unchanged.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 29th day of April 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 336.